UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gloria P., | File No. 20-cv-01542 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on March 23, 2022.  ECF No. 58.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 58] is **ACCEPTED**;

2. Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [ECF No. 49] is **GRANTED**;

3. Plaintiff is hereby awarded $8,815.00 for reasonable attorneys' fees and $100.00 for costs under the Equal Access to Justice Act; and

2

4.   In accordance with the Equal Access to Justice Act, the fee award and costs are payable to Plaintiff as the litigant and subject to offset to satisfy any preexisting debts that the litigant may owe to the United States.

Dated:  April 8, 2022                                          s/ Eric C. Tostrud
                                                                          Eric C. Tostrud
                                                                          United States District Court